■ In the Matter of RONALD T. LEVINSON (Admitted as RONALD TERRY LEVINSON), a Suspended Attorney. [21 NYS3d 625]— Motion by Ronald T. Levinson for reinstatement to the bar as an attorney and counselor-at-law. Mr. Levinson was admitted to the bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on December 16, 1998, under the name Ronald Terry Levinson. By decision and order on application dated March 4, 2013, this Court authorized the Grievance Committee for the Tenth Judicial District to institute and prosecute a disciplinary proceeding against Mr. Levinson, and the issues raised by the petition and any answer thereto were referred to the Honorable Michael F. Mullen, as Special Referee, to hear and report. By opinion and order of this Court dated December 31, 2014, Mr. Levinson was suspended from the practice of law for a period of six months, commencing January 30, 2015 (*see Matter of Levinson*, 125 AD3d 97 [2014]).

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is granted; and it is further,

Ordered that, effective immediately, Ronald Terry Levinson is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Ronald Terry Levinson to the roll of attorneys and counselors-at-law. Eng, P.J., Mastro, Rivera, Dillon and Balkin, JJ., concur.